UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SEBASTIAN GONZALEZ ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:10-0584 |
| ] | Judge Echols |
| UNITED STATES OF AMERICA ] | |
|     Respondent. ] | |

**O R D E R**

The Court is in receipt of a *pro se* prisoner motion (Docket Entry No. 1) under 28 U.S.C. § 2255 to vacate, set aside or correct petitioner's sentence.

As it is not readily apparent from the face of the motion that the petitioner is not now entitled to relief from this Court, Rule 4(b), Rules --- § 2255 Cases, the United States Attorney for this judicial district shall file an answer, plead or otherwise respond to the motion in accordance with Rule 5, Rules --- § 2255 Cases, within thirty (30) days from the date of entry of this Order on the docket.

It is so ORDERED.

                                      Robert L. Echols
                                    United States District Judge